**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

Jean Emmanuel Rodriguez

_____

_____

_(In the space above enter the full name(s) of the plaintiff(s).)_

- against -

The State of New Jersey
The United States of America

_____

_____

_____

_____

_____

_____

_____

_____

_____

**COMPLAINT**

Jury Trial: ☑Yes ☐ No

(check one)

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

**I.   Parties in this complaint:**

A.   List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | | |
|---|---|---|
| | Name | Jean Emmanuel Rodriguez |
| | Street Address | 100 New Road Apt. F3 |
| | County, City | Atlantic, Somers Point |
| | State & Zip Code | NJ, 08244 |
| | Telephone Number | 609-904-6025 |

B.    List all defendants.  You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name **The State of New Jersey**
Street Address **125 W State St.**
County, City **Mercer, Trenton**
State & Zip Code **NS, 08608**

Defendant No. 2

Name **The United States of America**
Street Address **950 Pennsylvania Ave**
County, City **NW Washington D.C.**
State & Zip Code **D.C.    20530**

Defendant No. 3

Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 4

Name _____
Street Address _____
County, City _____
State & Zip Code _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case  involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

[ ] Federal Questions        [ ] Diversity of Citizenship

[ ] U.S. Government Plaintiff    [✓] U.S. Government Defendant

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? **My 14th amendment rights. Caucasian Identity Extremist have used the executive, judicial, and legislative branches of government in every State and federal government to apply the 13th amendment to all minorities, Black people, African Americans, and melanin people. They have passed statutes and structured the law to allow them to harass citizens based on beliefs and not facts.**

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III.  Statement of Claim:

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur? The State of New Jersey

B.  What date and approximate time did the events giving rise to your claim(s) occur? June 18, 2018 - August 18, 2017 - May 27, 2015 - August 2013 - October 2011 - September 2009 - June 25, 2006, 2004, 2001, 1996

C.  Facts: Caucasian Identity Extremist in the State of New Jersey

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

have used legistlation, executive orders, and judicial officers to conspire to deny me of my civil rights and deny me of life, liberty, and the pursuit of happiness. On June 18, 2018 a police officer in Mays Landing NJ assissted a citizen in denying me my right to service because I complained about the poor service. The police allowed the citizen to steal my money and cover up his failure to do his job. The citizen was allowed to shove the police officer and assault me, while I get charged with assaulting the officer who grabbed me and fell on top of me. The officer and the video evidence shows I am not responsible for any injuries, but, because the police believes I am responsible, I have to appear before a court they work for. That undermines the statute they are attempting to convict me of. The State of New Jersey has rigged the legal system to profit from the disadvantage of wealth for minorities through fraudulent prosecution, false counsel, and accusations based on beliefs and not fact. On each of the dates listed, or, and around the years and months, Caucasian male officers in New Jersey have made false statements under oath to judicial officers to obtain warrants to incarcerate me falsely or charge me with a fictional crime, help a business deprive me of money and service, and ease the mind of racist citizens. This has been a clear pattern in the United States of America since it has begun. I use the Alfred plea as an example of this racism. Stop and Frisk statutes. Reasonable suspicion statutes. Also the climate of the country. Caucasian Identity Extremist have used democracy as a tool to create statutes and courts that undermine the United States of America's Constitution and State Constitution

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I have been targeted psychologically, socially, and physically through covert and overt racism. They worked in schools, banks, restaurants, etc. and sought to humiliate me and use me. The Caucasian Identity Extremist has used their control over society to victimize me at every chance. They created Cointelpro and Iran Contra to create an environment filled with mentally and emotionally unstable people. They profit from The 13th Amendment and create incentive based courts that undermine Article 6 of the Constitution. These courts have harassed me, attempted to frame me, and take my money. I have emotionally issues, spiritual issues, mental issues, physical issues, financial issues, The United States of America has me confounded

**V.    Relief:** by its hypocrisy. I feel as if I was sold a first class ticket to Sodom & Gomorrah or Satan.

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I seek to have my criminal record, and everyone who can prove their state's racial misconduct cleared and all Constitutional Rights restored. I want five hundred million dollars of personal credit/debit with the Federal Reserve. I want to be able to gain room and board at a State or private university. I want my brother deported in 2005 to have his deportation looked into and gain a VISA for his mental healthcare. I want every statute, Court rule, sentencing Act, and or executive order based in racism to be phased out of all State and Federal laws.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __28__ day of __September__ _____, 20 __18__ .

Signature of Plaintiff __Jean Emmanuel Rodriguer__

Mailing Address __100 New Road Apt. F3__
__Somers Point, NJ 08244__

Telephone Number __609-904-6024__

Fax Number *(if you have one)* _____

E-mail Address __jean-emmanuel84@yahoo.com__

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____