**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

JEAN EMMANUEL RODRIGUEZ           1:18-cv-14511-NLH-AMD

           Plaintiff,        **MEMORANDUM**
                             **OPINION & ORDER**
    v.

THE STATE OF NEW JERSEY and
THE UNITED STATES OF AMERICA,

           Defendants.

---

**HILLMAN**, **District Judge**

WHEREAS, Plaintiff Jean Emmanuel Rodriguez, appearing *pro se*, filed a complaint against Defendants the State of New Jersey and the United States of America; and

WHEREAS, Plaintiff alleged that Defendants violated his 14th Amendment rights; and

WHEREAS, because Plaintiff filed an application to proceed without prepayment of fees ("in forma pauperis" or "IFP" application), which was granted by the late Honorable Jerome B. Simandle, this Court[1] screened Plaintiff's complaint under the Prison Litigation Reform Act (PLRA), see 28 U.S.C. § 1915(e)(2), which required the Court to *sua sponte* dismiss claims that: (1) are frivolous, (2) are malicious, (3) fail to state a claim upon

---

[1] The case was reassigned to this Court on August 13, 2019.

6

which relief may be granted, or (4) seek monetary relief from a

defendant who is immune from such relief; and

WHEREAS, on March 20, 2020, the Court found that Plaintiff's

complaint was "so . . . unfocused" that it "defie[d] any attempt

to meaningfully answer or plead to it," see Binsack v. Lackawanna

Cty. Prison, 438 F. App'x 158, 160 (3d Cir. 2011), and that it

failed to clearly set forth an actionable claim, as required by

Fed. R. Civ. P. 8(a); and

WHEREAS, the Court dismissed without prejudice Plaintiff's

complaint; but

WHEREAS, the Court afforded Plaintiff 20 days to file an

amended complaint, and directed the Clerk's office to mail

Plaintiff a blank *pro se* complaint form to assist him in his

efforts to amend his complaint; and

WHEREAS, the Court stated that if Plaintiff did not file an

amended complaint within the timeframe allotted, the case would

be dismissed (Docket No. 6); and

WHEREAS, on May 26, 2020, Plaintiff filed a notice of appeal

with the Court of Appeals for the Third Circuit (Docket No. 7);

and

WHEREAS, on January 25, 2021, the Third Circuit affirmed

this Court's March 20, 2020 decision (Docket No. 9);[2] and

---

[2] The Third Circuit's mandate was docketed on April 16, 2021.
(Docket No. 10.)

WHEREAS, at no time since this Court's March 20, 2020 Memorandum Opinion & Order has Plaintiff filed an amended complaint;

THEREFORE,

IT IS on this   23rd   day of   April   2021,

ORDERED that the Clerk of the Court shall mark this matter as CLOSED.


                                        s/ Noel L. Hillman
At Camden, New Jersey            NOEL L. HILLMAN, U.S.D.J.